**DONALD L. LEVINE (State Bar No. 102099)**
**LAW OFFICE OF DONALD L. LEVINE**
1168 Union Street, Ste. 303
San Diego, CA  92101-3818
Office: (615)615-6200
Fax: (619)615-6204

Attorney for Defendant
JAVIER GUTIERREZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON.  WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 06-CR02466WQH |
| Plaintiff, ) | **ORDER ALLOWING CONTINUANCE** |
| v. ) | **OF DATE FOR SELF-SURRENDER** |
| JAVIER GUTIERREZ, ) | |
| Defendant. ) | |

**GOOD CAUSE APPEARING** this Court hereby orders that Javier Gutierrez, Register #02100-298, be permitted to self-surrender (to whichever facility the BOP re-designates him, to serve his sentence) by October 26th 2007. The previous self-surrender date of September 21, 2007 is vacated.

DATED:  September 7, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge

---

**Federal**       ORDER ALLOWING CONTINUANCE OF SELF-SURRENDER DATE     06CR02466