DONALD L. LEVINE (CSB #102099)
LAW OFFICE OF DONALD L. LEVINE
1168   Union Street, Ste. 303
San Diego, CA  92101-3818
(619) 615-6200
Fax: 615-6204

Attorney for Defendant
JAVIER GUTIERREZ



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE   WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMEDRICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAVIER GUTIERREZ ) <br> Defendant. ) <br> _____ ) | CASE NO. 06CR02466WQH <br><br> **APPLICATION FOR EXONERATION OF BOND AND ORDER RECONVEYING TRUST DEED AND ORDER THEREON** |

Defendant, JAVIER GUTIERREZ, by and through his counsel, DONALD L. LEVINE, and pursuant to your Honor's request, hereby requests that this Application for Exoneration of Bond and Order Reconveying Trust Deed be granted. This application is based on the instant application and the following statement of facts.

JAVIER GUTIERREZ  made his first appearance in the above-captioned case on October 23, 2006, on the charges of 21 U.S.C. 952/960. On November 6, 2006,  Mr. Gutierrez posted bond in the amount of $40,000.00, secured by the property located at 4720 Klamath Drive, Los Angeles California 90032.

On October 29, 2007,  the Court ordered the bond exonerated. Accordingly, Mr. Gutierrez  respectfully requests this Court order bond exonerated , order the the property trust deed securing the bond be reconveyed.   IT IS SO MOVED:

Date

IT IS HEREBY ORDERED, good cause having been shown, that the criminal bond in the above-captioned with respect to defendant JAVIER GUTIERREZ, be exonerated, and that the trust deed with respect to the property located at 4720 Klamath Drive, Los Angeles California, 90032 be released and reconveyed to Bertha Hernandez, surety/pro. owner's name, and that all documents related to the release and reconveyance be mailed to:

Bertha Hernandez
4720 Klamath Drive
Los Angeles, California 90032

**IT IS SO ORDERED.**

Date: 10/29/07

HONORABLE WILLIAM Q. HAYES
United States District Judge

DO NOT RECORD

REQUEST FOR FULL RECONVEYANCE

TO CHICAGO TITLE COMPANY

The undersigned is a legal owner and holder of the Personal Surety Bond secured by the foregoing Deed of Trust. Said Personal Surety Bond has been exonerated and you are hereby requested and directed, on payment to you of any sums owing to you under the terms of said Deed of Trust, to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, al the estate now held by you under the same.

Dated: __10/29/07__

UNITED STATES OF AMERICA

United States Attorney

By: _____

Please mail Deed of Trust,
Note and Reconveyance to:   Bertha Hernandez
                            4720 Klamath Drive
                            Los Angeles, California 90032

Do not lose or destroy this Deed of Trust. It must be delivered to the Trustee for cancellation before reconveyance will made. Send documents to CHICAGO TITLE COMPANY, Attn: Legal Department, 925 B. Street, San Diego, CA 92101